IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGINALD B. GOINES, #65067, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:10-CV-794-ID |
| | ) [WO] |
| RICHARD E. CLEMMONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

The Magistrate Judge entered a Recommendation (Doc. #6) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION of the Magistrate Judge (Doc. #6) be and the same is hereby ADOPTED. It is further ORDERED that this case be and the same is hereby DISMISSED without prejudice due to the Plaintiff's failure to properly prosecute this action and to comply with the orders of this Court.

A separate judgment shall issue.

Done this the 23rd day of November, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE