IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

REGINALD B. GOINES, #65067,      )
                                      )
      Plaintiff,                 )
                                        )
      v.                      ) CIVIL ACTION NO. 1:10-CV-794-ID
                                        )           [WO]
RICHARD E. CLEMMONS, *et al.*,     )
                                        )
      Defendants.           )

## FINAL JUDGMENT

In accordance with the prior proceedings and orders of the Court, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be and the same is hereby entered in favor of the Defendants, and against Plaintiff Reginald B. Goines and that the Plaintiff take nothing by his said suit.

It is further CONSIDERED and ORDERED that all costs herein incurred be and the same are hereby TAXED against the Plaintiff, for which let execution issue.

The Clerk of Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 23rd day of November, 2010.

/s/ Ira DeMent                  
SENIOR UNITED STATES DISTRICT JUDGE